611 A.2d 642

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT,

v.

JOHN PEPLINSKI, JR., DEFENDANT–RESPONDENT.

April 8, 1992.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

611 A.2d 642

IN THE MATTER OF THE RELOCATION OF
ESSEX SUPERIOR COURT FACILITIES.

April 21, 1992.

Certification to Law Division of Superior Court is granted.